

Continental Plaza · 411 Hackensack Avenue, Suite 701· Hackensack, NJ 07601 · (tel&fax) 201.273.7117

September 21, 2018

*Via ECF*

Honorable Cathy L. Waldor, U.S.M.J.
U.S. District Court for the District of New Jersey
Martin Luther King Building & U.S. Courthouse
50 Walnut Street, MLK 4C
Newark, New Jersey 07101

      **Re:    Raven Z. Wallace v. Convergent Outsourcing, Inc., et al.**
             **Case No.: 2:17-cv-05282-KSH-CLW**
             **Our File No.: 17-069**

Dear Judge Waldor:

      This firm, along with the Law Office of Ronald I. LeVine, represents the Plaintiff Raven Z. Wallace and writes to inform the Court that the parties have agreed to a settlement which requires subsequent performance. When the terms of the written settlement agreement have been finalized and fully performed, the parties will file a Rule 41(a) stipulation of dismissal with prejudice with respect to her individual claims but without prejudice as to the putative class.

      At this time, I request the entry of a "60-Day Order" dismissing the action without prejudice but permitting a party to vacate the order and move to enforce the settlement within 60 days.

      Lastly, I ask the Court to cancel the telephone conference currently scheduled for September 24, 2018, at 1:00 p.m. before Your Honor.

      Thank you for Your Honor's time and courtesies in this matter.

                            Very truly yours,

                            *s/ Yongmoon Kim*
                            Yongmoon Kim, Esq.
                            KIM LAW FIRM LLC

YK/cy
cc:    All Counsel of Record (*via ECF*)
       Honorable Katharine S. Hayden, U.S.D.J. (*via ECF*)